**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.243.57.80**

**ISP:** Comcast Cable
**Physical Location:** Silver Spring, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/18/2018 19:43:41 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 08/02/2018 02:50:19 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 06/24/2018 20:15:17 | 6C36E5B1C36D11BD2D4A288ADD223F342AFE2A7D | X Marks The Spot |
| 06/18/2018 17:51:20 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 05/13/2018 01:23:24 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 05/13/2018 01:22:56 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 6**