**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 18-2785** |
| | * | |
| **JOHN DOE,** subscriber assigned IP Address 69.243.57.80, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

The parties have advised the Court that, as between all parties, the above action is settling, including all counterclaims, cross-claims, third-party claims, and attorney's fees, if any. Accordingly, pursuant to Local Rule 111, it is, this 21st day of March, 2019,

**ORDERED**, that this action is hereby **DISMISSED**, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within **thirty (30)** days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

/s/
**PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**